UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -v-<br><br>DAVID CARMONA,<br>MARCO RUIZ OCHOA,<br>MOSES VALDEZ,<br>JUAN ARELLANO,<br>DAVID BREND, and<br>GUSTAVO RODRIGUEZ,<br><br>                           Defendants. | Case No. 1:22-cr-00551 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      IT IS HEREBY ORDERED that the parties shall appear for a scheduling conference before the undersigned on **November 15, 2022** at 2:00 p.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.  IT IS FURTHER ORDERED that no later than **November 14, 2022** at 9:00 a.m., Defendants shall appear at the Pretrial Services Office for the Southern District of New York, 500 Pearl Street, New York, New York, for presentment, arraignment, and if necessary, appointment of counsel.  To the extent the parties anticipate difficulty adhering to the foregoing dates, they shall contact the chambers of the undersigned forthwith.

Dated: November 10, 2022
       New York, New York

                                                SO ORDERED.

                                                JENNIFER L. ROCHON
                                                United States District Judge