# ZMO Law PLLC

April 18, 2023

*Via ECF*

Hon. Jennifer L. Rochon
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *United States of America v. Moses Valdez*, 22-CR-551

> Defendant Moses Valdez's request is GRANTED. On consent of the Government, Mr. Valdez's bail conditions shall be modified to permit travel to and within the District of Nevada in order to visit his girlfriend's family.
> Dated: April 18, 2023
> New York, New York
>
> SO ORDERED.
>
> *Jennifer Rochon*
> JENNIFER L. ROCHON
> United States District Judge

Dear Judge Rochon:

    This office represents Moses Valdez in the above-captioned matter. We write to request a modification to Mr. Valdez's conditions of release to permit him to travel within the District of Nevada. He currently resides in California, about two hours from the Nevada border, and his travel is restricted to the Central District of California and the Southern District of New York.

    Mr. Valdez is requesting the modification to facilitate periodic travel to Las Vegas, Nevada and surrounding areas, to attend various family functions with his girlfriend, whose family lives in Nevada. I have communicated with AUSA Cecilia Vogel and she advises that the government has no objection to the proposed modification.

    Thank you for your attention to this case.

Very truly yours,

*Zachary Margulis-Ohnuma*

Zachary Margulis-Ohnuma

CC: All Counsel

353 Lexington Avenue, Suite 900 • New York, NY 10016
(212) 685-0999 • zach@zmolaw.com
www.zmolaw.com