

# SHAROVA LAW FIRM

Telephone   1.718.766.5153
Facsimile   1.718.504.3599
Email      cmarino@sharovalaw.com

YELENA SHAROVA, ESQ. *+
SASSY DUMORNAY ESQ. *
NANI KIM ESQ. *
CHARLES MARINO ESQ. *
BRUCE PROVDA ESQ. * (1947-2022)
THOMAS J. TYRRELL JR. ESQ. *
*NY +NJ

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
CELINA QUEVEDO
MABEL SANTANA
GRIGORIY SHUBA
HANNA SKARULIS

**April 28th, 2023**

**VIA ELCTRONIC FILING**
Honorable Jennifer L. Rochon
Judge of the United States District Court for
The Southern District of New York
40 Foley Square
New York, NY 10007

Because all Defendants do not consent to the adjournment request, and because the conference will involve only scheduling, Defendant Rodriguez's request to adjourn the May 10th conference is DENIED.  However, his request to appear remotely is GRANTED.  Mr. Rodriguez shall participate by telephone. Counsel shall provide the court with his phone number shortly before the status conference.

**SO ORDERED.**

Dated:  April 28, 2023
       New York, New York

**JENNIFER L. ROCHON**
**United States District Judge**

   Re:   United States v. David Carmona, et al.
         22-cr-551

Dear Judge Rochon,

Counsel for Gustavo Rodriguez respectfully submits this letter to adjourn the conference presently scheduled before the Court on May 10, 2023 to a later date.  The reason for this request is due to the fact that lead counsel at this firm, Charles Kaser, has resigned from the Sharova Law Firm.  I will need additional time to review this matter as Attorney Kaser has been primarily responsible.

The government, through AUSA Benjamin Gianforti has no position concerning this request and counsel for all of the other co-Defendant's consent to the request, except counsel for David Carmona due the fact his client is incarcerated.

Based on the schedule of all parties, counsel is requesting an adjournment to a date after June 10th, 2023 that is convenient for the Court.

Additionally, it is requested that Mr. Rodriguez be permitted to appear electronically due to the fact that he resides in California, and all other Defendants that were previously allowed to appear electronically still be allowed to appear electronically.

Thank You for Your time and attention in this matter.

Respectfully Submitted,

Yelena Sharova
Attorney for Defendant Rodriguez

147 PRINCE STREET,4TH FLOOR, BROOKLYN, NEW YORK 11201





By: /s/ *Yelena Sharova*

CC: All Parties (via ECF)