**LEBEDIN | KOFMAN LLP**
ATTORNEYS AT LAW
26 BROADWAY, 3ʳᴰ FLOOR
NEW YORK, NY 10004
T (212)500-3273
F (855)696-6848

ARTHUR LEBEDIN*  * Member N.Y. & N.J. Bar
RUSS KOFMAN+  + Member N.Y. Bar
MICHAEL LEINOFF+
JESSICA GORMAN+
BRAD LEVENTHAL+

November 28, 2023

**SENT VIA ECF**
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      **Re: United States v. David Brend**
       **Criminal Docket No. 1:22-cr-00551-JLR-2**

Dear Judge Rochon,

  This Firm represents defendant David Brend in the above captioned matter. This case is currently scheduled to start trial on February 12ᵗʰ, 2024. I have an upcoming trip for my wife's birthday that is currently scheduled for February 20th to the 27th. At this point, it does not appear that a trial with this many defendants would finish within a week, by the 19th. The trip is already paid for and cannot be refunded.

  The undersigned most respectfully requests that the trial date be moved to March 4th or to a later date convenient for the Court. Mr. Perez on behalf of Mr. Carmona, Mr. Sapone on behalf of Mr. Rodriguez, and Mr. Neuman on behalf of Mr. Arellano, have consented to my request. Mr. Margulis-Ohnuma, the attorney for Mr. Valdez, takes no position. The government does not consent. Thank you in advance.

Letter Motion reluctantly **GRANTED**. The jury trial is adjourned from February 12, 2024 to a **FIRM trial date of February 28, 2024 at 9:30 a.m.** All other pretrial deadlines remain the same. Speedy trial time is excluded until February 28, 2024. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendants in a speedy trial because of the need for the Defendants to prepare motions, prepare for trial, and discuss resolution.

Yours truly,

/s/ Russ Kofman

By Russ Kofman, ESQ
For Lebedin Kofman LLP
info@lebedinkofmanlaw.com

Dated: November 28, 2023
   New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**