**LEBEDIN | KOFMAN  
LLP  
ATTORNEYS AT LAW  
26 BROADWAY, 3RD FLOOR  
NEW YORK, NY 10004  
T (212)500-3273  
F (855)696-6848**

ARTHUR LEBEDIN*                                                                                 * Member N.Y. & N.J. Bar  
RUSS KOFMAN+                                                                                      + Member N.Y. Bar  
MICHAEL LEINOFF+  
JESSICA GORMAN+  
BRAD LEVENTHAL  

December 22, 2023

**Via ECF:**  
Hon. Jennifer L. Rochon  
United Stated District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 1007  

The request for permission to travel on **January 3, 2024**, is GRANTED.

Dated: December 22, 2023  
        New York, New York  

**SO ORDERED.**

*/s/ Jennifer Rochon*  
**JENNIFER L. ROCHON**  
**United States District Judge**

       RE: *United Stated of America v. David Brend*, 22-CR-551

Dear Judge Rochon:

       This office represents David Brend in the above-captioned matter.

       I am reaching out to you to request that our client be allowed to travel to the Baptist Health Miami Cancer Institute located in 8900 N Kendall Drive, Miami, FL 3316 on January 3, 2024. He plans to go there to take and assist his friend, who is 82 years old, for a stem cell treatment. The appointment for the treatment is 1:30 PM on that day. He will drive right back once the treatment done.

       AUSA Michael Maimin has indicated that he consents to the request subject to Pre-Trial Services' approval.

       Thank you for your attention to this case.

                                                                                     Very truly yours,

                                                                                    */s/ Russ Kofman*  
                                                                                    **Russ Kofman**  
                                                                                    Lebedin Kofman LLP  
                                                                                   T: (212) 500-3273  
                                                                                   F: (855) 696-6848  
                                                                                   info@lebedinkofmanlaw.com