UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                - v. -<br><br>DAVID CARMONA,<br>                         Defendant. | 22-cr-00551-JLR<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

A *Fatico* hearing is presently scheduled for **April 12, 2024 at 10:00 a.m.** in **Courtroom 23B** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS HEREBY ORDERED that the parties shall file letters in advance of the hearing stating: (1) who will be testifying, (2) a brief summary of their expected testimony, (3) the anticipated sentencing guidelines implications, and (4) the amount of time anticipated for the hearing. The Government shall file its letter no later than **April 3, 2024 at 5:00 p.m.** Defendant shall file his response no later than **April 5, 2024.**

Dated: March 30, 2024
          New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge