

**H. BENJAMIN PEREZ
& ASSOCIATES, P.C.**

Tel: 212-226-8426  Fax: 212-208-6802
111 Broadway, Suite 706, New York, NY 10006
www.hbplawyers.com

May 8, 2024

**BY ECF**

Honorable Judge Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> The requested extension of time to make a decision about the possibility of a *Fatico* hearing until **May 20, 2024**, is GRANTED.
>
> **SO ORDERED.**
>
> Dated: May 9, 2024
>        New York, New York
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   United States v. David Carmona
      Docket No. 22-CR-551 (JLR)

Dear Judge Rochon:

I am defense counsel for David Carmona. I am respectfully requesting additional time to respond to the Court regarding my client's request for a *Fatico* hearing.

Pursuant to your honor's order dated April 26th, I was to inform the Court of my decision with respect to a *Fatico* hearing by today, May 8th, after my review of the trial transcripts involving the co-defendants in this case. Please be advised that I only received the trial transcripts two days ago, and they consist of nine separate days of trial. In addition, this week I began the process of picking a jury on a felony case in Kings County Supreme Court in the case of People v. Dario Ramos. For these reasons, I will need additional time to finalize my review and make appropriate decisions with my client regarding same. I am therefore requesting an extension of time to Monday, May 20th. I have discussed this request with AUSA Michael Maimin and the government has no objection.

Thank you for your attention and consideration to the foregoing.

Respectfully submitted,

H. Benjamin Perez, Esq.

cc:   AUSA Michael Maimin (By ECF)
      AUSA Benjamin Gianforti (By ECF)