# H. BENJAMIN PEREZ & ASSOCIATES, P.C.
ATTORNEYS AND COUNSELORS AT LAW

July 15, 2024

**BY ECF**

Honorable Judge Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Letter motion GRANTED.  The sentencing is adjourned from July 23 to **September 24, 2024 at 2:30 p.m.**

Dated: July 16, 2024
      New York, New York

**SO ORDERED.**

_Jennifer Rochon_____

**JENNIFER L. ROCHON**
**United States District Judge**

Re:    <u>United States v. David Carmona</u>
       Docket No. 22-CR-551 (JLR)

Dear Judge Rochon:

I am defense counsel for David Carmona.  I am respectfully requesting an adjournment of my client's sentencing scheduled for July 23rd.

I was scheduled to start a felony jury trial tomorrow, July 16th on another matter in New York County.  Although that matter was adjourned last week to August 20th, my preparation for that trial did not allow me to finalize my client's sentencing submission or adequately prepare for his sentencing.  For that reason, I am requesting that Mr. Carmona's sentencing be adjourned to the afternoon of September 12th.  I have spoken with the attorneys for the government and they have no objection to this request.

Thank you for your attention and consideration to the foregoing.

Respectfully submitted,

_____
H. Benjamin Perez, Esq.

cc:    AUSA Michael Maimin (By ECF)
      AUSA Benjamin Gianforti (By ECF)
      AUSA Josiah Pertz (By ECF)