

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 26, 2024

**BY ECF & EMAIL**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Letter Motion GRANTED.

Dated: September 26, 2024
New York, New York

SO ORDERED.

*[signature]*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:   *United States v. David Carmona*, 22 Cr. 551 (JLR)

Dear Judge Rochon:

    The Government respectfully writes, without objection, pursuant to the Court's Individual Rule 7(b), to request permission to file a sentencing submission of greater than 25 pages in length for the above-referenced defendant. The Government does not anticipate needing more than approximately 10 additional pages for its submission.

    Thank you for your consideration of this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   *[signature]*
Benjamin A. Gianforti
Michael D. Maimin
T. Josiah Pertz
Assistant United States Attorneys
(212) 637-2490 / -2340 / -2246

Cc:   H. Benjamin Perez, Esq., counsel to David Carmona (by ECF & email)