# H. BENJAMIN PEREZ & ASSOCIATES, P.C.
ATTORNEYS AND COUNSELORS AT LAW

**BY ECF**

Honorable Judge Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

November 6, 2024

*Letter Motion GRANTED. Defendant shall file his response to the Government's letter motion no later than **November 18th 2024.***

Dated: November 6, 2024
       New York, New York

**SO ORDERED.**

*/s/ Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:   United States v. David Carmona
      Docket No. 22-CR-551 (JLR)
      Government's forfeiture request

Dear Judge Rochon:

   I write in response to the government's letter dated November 4th regarding the government's forfeiture request. The defense is requesting until November 18th to formally respond to the government's submission.

   Mr. Carmona is currently in transit to a new facility and unable to communicate with defense counsel at this time. I need time to review and discuss this matter with Mr. Carmona and I am hopeful that he will be able to do so within the next week.

   Thank you for your consideration.

Respectfully submitted,

_____
H. Benjamin Perez, Esq.

cc:   AUSA Benjamin Gianforti (By ECF)
      AUSA Josiah Pertz (By ECF)
      AUSA Michael Maimin (By ECF)