

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

November 22, 2024

**BY ECF & EMAIL**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The requested extension of time is granted. The deadline to present the Court with a proposed restitution order is December 6, 2024.

Date:   November 22, 2024
        New York, New York

SO ORDERED

*[signature]*
JENNIFER L. ROCHON
United States District Judge

Re:   *United States v. David Carmona*, 22 Cr. 551 (JLR)

Dear Judge Rochon:

    The Government respectfully writes regarding restitution in the above-referenced matter. The Government is seeking a brief two-week extension to present the Court with a proposed restitution order. The Government is working with Homeland Security Investigations to identify victims and their precise loss amounts so that they be included in a schedule attached to the restitution order. The Government is also hoping that the defense will consent to the proposed restitution order once it is ready. The defense takes no position on the Government's request for a brief extension. The extension would still be within the outer limit of 90 days for the setting of restitution provided for in 18 U.S.C. § 3664(d)(5).

    Thank you for your consideration of this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   *[signature]*
      Benjamin A. Gianforti
      Michael D. Maimin
      T. Josiah Pertz
      Assistant United States Attorneys
      (212) 637-2490 / -2340 / -2246

Cc:   H. Benjamin Perez, Esq., counsel to David Carmona (by ECF & email)