

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

December 6, 2024

**BY ECF & EMAIL**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The requested extension is GRANTED. The proposed restitution order will be due on **December 20, 2024**.

Date:   December 6, 2024
        New York, New York

SO ORDERED

*[signature]*

JENNIFER L. ROCHON
United States District Judge

Re:   *United States v. David Carmona*, 22 Cr. 551 (JLR)

Dear Judge Rochon:

    The Government respectfully writes regarding restitution in the above-referenced matter. The Government is seeking a brief two-week extension to present the Court with a proposed restitution order. The restitution order is nearly ready for the Court's review, but requires additional internal review. The Government is also hoping that the defense will consent to the proposed restitution order once it is presented to the defense, which the Government anticipates doing early next week. The Government reached out to defense counsel earlier today to get his position on this extension, but have not heard back. The extension would still be within the outer limit of 90 days for the setting of restitution provided for in 18 U.S.C. § 3664(d)(5).

    Thank you for your consideration of this matter.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney for the
                                      Southern District of New York

By: _____
       Benjamin A. Gianforti
       Michael D. Maimin
       T. Josiah Pertz
       Assistant United States Attorneys
       (212) 637-2490 / -2340 / -2246

Cc:   H. Benjamin Perez, Esq., counsel to David Carmona (by ECF & email)