UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>DAVID CARMONA,<br>                    Defendant. | Case No. 1:22-cr-00551 (JLR)<br><br>**SUPPLEMENTAL OPINION** |

JENNIFER L. ROCHON, United States District Judge:

On January 28, 2025, the Court issued an opinion and order directing David Carmona ("Carmona" or "Defendant") to forfeit $3,605,297.09 of U.S. currency. *United States v. Carmona*, No. 22-cr-00551 (JLR), 2025 WL 315907, at *5-7 (S.D.N.Y. Jan. 28, 2025). Familiarity with the facts set forth therein is presumed and incorporated by reference here. As a supplement to that opinion, to be clear, forfeiture in this amount is warranted not only because these proceeds from the wire fraud conspiracy were reasonably foreseeable to Carmona, *id.* at *7; *United States v. Kenner*, 443 F. Supp. 3d 354, 376 (E.D.N.Y. 2020), but also because Carmona obtained that full amount. The monetary funds flowed into Carmona's bank accounts and Carmona disseminated the cryptocurrency wallet addresses (from which the cryptocurrency forfeiture proceeds were calculated) for the purpose of receiving IcomTech victim funds into the scheme that he founded, led, and profited from. *See Carmona*, 2025 WL 315907, at *7. As a result, the forfeiture amount is warranted.

Dated: February 3, 2025
       New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge